

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS URIBE-SOTO,<br><br>    Defendant. | CASE NO. 11CR04702-001<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for February 3, 2012 is vacated and reset to March 16, 2012 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 12-9-11

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/jo